# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# SHREVEPORT DIVISION

| | |
|---|---|
| **DENNIS RAY DAVIS, JR.** | **CIVIL ACTION NO. 17-1269-P** |
| **VERSUS** | **CHIEF JUDGE HICKS** |
| **WOODY WILSON, ET AL.** | **MAGISTRATE JUDGE HORNSBY** |

## O R D E R

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including written objections filed by Plaintiff, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the motion for temporary restraining order and preliminary injunction (Doc. 16) is **DENIED.**

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this 25th day of September, 2018.

S. MAURICE HICKS, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT