**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| DENNIS RAY DAVIS, JR. | CIVIL ACTION NO. 17-1269-P |
| VERSUS | CHIEF JUDGE HICKS |
| WOODY WILSON, ET AL. | MAGISTRATE JUDGE HORNSBY |

**JUDGMENT**

Considering the Report and Recommendation of the Magistrate Judge previously filed herein (Record Document 76), and after an independent review of the record, including written objections (Record Document 80) and a Motion to Object to Judicial Review and Factual Findings (Record Document 79) filed by Plaintiff, and determining that the findings are correct under the applicable law;

**IT IS ORDERED** that Plaintiff's civil rights claims seeking monetary damages for his allegedly unconstitutional convictions, sentences, and revocations be **DISMISSED WITH PREJUDICE** as frivolous under 28 U.S.C. § 1915(e) until such time as the Heck conditions are met. Plaintiff's remaining civil rights claims are also **DISMISSED WITH PREJUDICE** as frivolous under 28 U.S.C. § 1915(e). **IT IS FURTHER ORDERED** that Plaintiff's Motion to Object to Judicial Review and Factual Findings (Record Document 79) is hereby **DENIED**.

**IT IS FURTHER ORDERED** that this action—insofar as it seeks the dismissal of the criminal convictions, sentences, revocations and his immediate release—be **DISMISSED** for failing to state a claim for which relief may be granted pursuant to Section 1983. All pending motions in this matter are hereby **TERMINATED**.

**THUS DONE AND SIGNED**, in chambers, in Shreveport, Louisiana, on this 26th day of April, 2021.

_____
S. MAURICE HICKS, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT